IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ERNESTINE SCOTT, | * | |
| Plaintiff, | * | |
| v. | | Case No. 1:25-cv-00070-ALS |
| | * | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | * | |
| Defendant. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated July 31, 2026, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 3rd day of August, 2026.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk